F#11862868

# UNITED STATES DISTRICT COURT

RECEIVED

for the

OCT 0 2 2025

District of Minnesota

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America
v.

Moktar Hassan Aden (1)

)
)
)
)
)
)

SEALED

Case No. CR 25-349 MJD/JFD

> **RECEIVED**
>
> *By U.S. Marshals Service, Minneapolis, MN at 6:00 pm, Sep 17, 2025*

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Moktar Hassan Aden

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       Superseding Indictment       Information       Superseding Information       Complaint

  Probation Violation Petition       Supervised Release Violation Petition       Violation Notice       Order of the Court

This offense is briefly described as follows:       Pretrial Release Violation Petition
Counts 1-6: Wire Fraud 18:1343

Date:  09/17/2025

                                                                    *Issuing officer's signature*

City and state:     Minneapolis, MN

                                                                    Kate M. Fogarty, Clerk of Court
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date:
ARRESTED ON    9/18/2025

ARRESTED BY    _____

U.S. MARSHAL
DISTRICT OF MINNESOTA

*Arresting officer's signature*

BY _____

*Printed name and title*

SCANNED

OCT 0 3 2025
U.S. DISTRICT COURT MPLS